*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
HOLIFIELD, ATTANASIO, and STEWART
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**David A. WILLIAMS**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202100059**

Decided: 31 August 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
K. Scott Woodard (arraignment)
Keaton H. Harrell (trial)

Sentence adjudged 17 November 2020 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for two months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

———————————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.